UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RICHARD MAZIARZ | CIVIL ACTION |
| VERSUS | NO. 06-6211 |
| AUTOMOBILE CLUB INTER-INSURANCE EXCHANGE AND/OR AUTO CLUB FAMILY INSURANCE COMPANY (AAA) | SECTION: "C" |

## ORDER AND REASONS

Before the Court is a Auto Club Inter-Insurance Exchange and/or Auto Club Family Insurance Company's ("AAA" or "Defendant") Rule 12(c) Motion to Dismiss (Rec. Doc. 5). Movant requests that the court dismiss Maziarz's claims under Louisiana Revised Statute § 22:695 ("Valued Policy Law"), at Maziarz's cost. Plaintiff, Richard Maziarz ("Maziarz" or "Plaintiff") has not filed an opposition to the motion. The motion is before the court on the briefs, without oral argument. Having considered the memorandum of counsel, the arguments and the applicable law, this court expressly adopts Judge Vance's well reasoned Order and Reasons dated August 2, 2006, in which she ruled on the Valued Policy Law issue. See, *Chauvin v. State Farm Fire & Casualty Co., et. al.* 2006 WL 2228946 (E.D.La. 2006). Accordingly,

IT IS ORDERED THAT the Defendant's Rule 12(c) Motion to Dismiss Maziarz's Valued Policy Law claims is **GRANTED**.

IT IS FURTHER ORDERED THAT Defendant's request for Plaintiff to bear the cost is

**DENIED**.

New Orleans, Louisiana this 8th day of November, 2006

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE